PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Samuel Chen-McCoy                     Cr.: 03-00076-001
                                                                                   PACTS Number: 34997

Name of Original Sentencing Judicial Officer: Honorable William G. Bassler
Reassigned to Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 09/22/03

Original Offense: Importation of Heroin

Original Sentence: 37 months imprisonment; 4 years supervised release; $100 special assessment; $250 fine. Special conditions of financial disclosure and drug/alcohol testing or treatment.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 12/15/05

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an anger management program approved by the Probation Department. For a period of 30 days, the defendant shall remain in his or her home of record on curfew from 11pm to 6am. The defendant is only authorized to leave for employment with the approval, in advance, of the Probation Department. The defendant must comply with answering the telephone at all times.

## CAUSE

The offender accrued two arrests for assault and theft while on supervision. The above special condition will allow the Eastern District of New York to closely monitor the offender while providing him with anger management treatment.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 01/13/09

PROB 12B - Page 2
Samuel Chen-McCoy

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-30-09
Date