PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Samuel Chen-McCoy                               Cr.: 03-00076-001

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Name of Assigned Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S. District Judge

Date of Original Sentence: 09/22/03

Original Offense: Importation of Heroin

Original Sentence: 37 months imprisonment; 4 years supervised release. Fine $250

Type of Supervision: Supervised release                     Date Supervision Commenced: 04/21/06

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 30, 2009, the offender was arrested by the New York City Police Department and charged with criminal possession of a weapon, harassment, and menacing. On February 10, 2009, the charges were dismissed. |

U.S. Probation Officer Action: The writer recommends no additional Court action beyond the modification signed by the Court on January 30, 2009, which remains in effect.

Respectfully submitted,

By: Elisa Martinez *EM/ba*
U.S. Probation Officer
Date: 04/15/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- No Court Action.

Signature of Judicial Officer

4-17-09
Date